**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDASSETS NET REVENUE SYSTEMS LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>DOWNEY REGIONAL MEDICAL CENTER,<br><br>           Defendant. | Case No. 2:13-cv-1936-ODW(AGRx)<br><br>**ORDER STRIKING STIPULATION [17]** |

Plaintiff MedAssets Net Revenue Systems LLC's answer or response to Defendant Downey Regional Medical Center's Counterclaims was originally due on June 18, 2013. On June 14, 2013, the parties filed a stipulation agreeing to allow MedAssets until July 18, 2013, to file its answer or response. (ECF No. 17.)

Unfortunately, the parties have misread Local Rule 8-3. Local Rule 8-3 allows parties to file a stipulation extending the time to respond to an *initial* complaint. Such a stipulation would automatically execute without judicial approval. However, Local Rule 8-3 does not apply to answers or responses to counterclaims. Thus, this stipulation is ineffective. A proper stipulation at this stage requires not only approval by the Court, but also a showing of good cause for an extension of time.

/ / /

/ / /

Therefore, the parties' stipulation is hereby **STRUCK** from the record. MedAssets's answer or response remains due June 18, 2013, unless the parties file a proper stipulation before then.

**IT IS SO ORDERED.**

June 14, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**