O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDASSETS NET REVENUE SYSTEMS LLC,<br><br>  Plaintiff,<br>  v.<br>DOWNEY REGIONAL MEDICAL CENTER,<br><br>  Defendant. | Case No. 2:13-cv-01936-ODW(AGRx)<br><br>**ORDER DENYING STIPULATION FOR CONTINUANCE OF TRIAL DN RELATED PRETRIAL DATES WITHOUT PREJUDICE [33]** |

On January 29, 2014, the parties stipulated to continue trial and related pretrial dates by six weeks and to set an altered briefing schedule for the anticipated summary-judgment motion. (ECF No. 33.) The parties seek to set a new trial date of July 1, 2014, as well as to continue the pretrial conference, discovery cutoff, and rebuttal-expert-report dates.

The parties previously stipulated to provide expert reports and rebuttal expert reports eight and five weeks before the discovery cutoff, respectively—a stipulation which the Court accepted. (ECF Nos. 31, 32.)

The parties' proposed trial date does not work for the Court's current calendar. The latest the Court could entertain a new trial date would be Tuesday, June 17, 2014. Also, it is odd that the parties request to continue the discovery cutoff without justifying the need to extend discovery. It is understandable that MedAssets needs

additional time to review Downey Regional Medical Center's expert report. But the Court is willing to allow MedAssets to serve its rebuttal report after the discovery cutoff without the need to extend discovery.

Since the parties' requested dates do not work with the Court's calendar, the Court **DENIES** the parties' stipulation **WITHOUT PREJUDICE**.  (ECF No. 33.) The parties may suggest new dates consistent with this Order. While the Court is amendable to allowing MedAssets to serve its rebuttal report later, it is unlikely that the Court will continue the discovery cutoff.

**IT IS SO ORDERED.**

January 30, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**