O

# United States District Court
# Central District of California

| | |
|---|---|
| MEDASSETS NET REVENUE SYSETMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DOWNEY REGIONAL MEDICAL CENTER; DOES 1–10, inclusive, <br><br> Defendants. | Case No. 2:13-cv-01936-ODW(AGRx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |
| DOWNEY REGIONAL MEDICAL CENTER, <br><br> Counterclaimant, <br> MEDASSETS NET REVENUE SYSETMS, LLC, <br><br> Counterdefendant. | |

On May 12, 2014, the parties notified the Court that they settled this action. (ECF No. 61.) They request 60 days to finalize settlement. The Court therefore **VACATES** all outstanding pretrial and trial dates and **ORDERS** the parties to **SHOW CAUSE** in writing by **Friday, July 11, 2014**, why they have not finalized settlement. No hearing will be held. The Court will discharge this Order upon the

filing of a stipulated dismissal.  Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

May 13, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**